# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Joyce D. Jones
                              Plaintiff,

v.                                                       Case No.: 1:09−cv−04313
                                                       Honorable Virginia M. Kendall

Countrywide Home Loans Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 10, 2010:

      MINUTE entry before Honorable Virginia M. Kendall:Status hearing held and continued to 7/15/2010 at 09:00 AM for a report on whether the parties wish to have a settlement conference. Plaintiff's oral motion for leave to file an amended complaint adding new counts is granted. Plaintiff is given to 3//25/2010 to file the second amended complaint as outlined in open court. Defendants are given to 4/8/2010 to answer or otherwise plead to the second amended complaint. All discovery shall be completed by 7/14/2010. Dispositive motions with supporting memoranda are to be filed by 8/11/2010. Responses are to be filed by 9/8/2010. Replies are to be filed by 9/22/2010. Court will rule by mail.Advised in open court and mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.